MATTHEW J. GAUGER, Bar No. 139785
GARY P. PROVENCHER, Bar No. 250923
ANTHONY J. TUCCI, Bar No. 288819
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
Telephone (916) 443-6600
Fax (916) 442-0244
E-Mail: mgauger@unioncounsel.net
        gprovencher@unioncounsel.net
        atucci@unioncounsel.net

Attorneys for Plaintiff/Petitioner SERVICE EMPLOYEES
INTERNATIONAL UNION, LOCAL 1021

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1021,<br><br>               Plaintiff/Petitioner,<br><br>v.<br><br>PRIVATED INDUSTRY COUNCIL OF SOLANO COUNTY, INC., dba WORKFORCE INVESTMENT BOARD OF SOLANO COUNTY,<br><br>               Defendant/Respondent. | No. 2:13-cv-01670-WBS-EFB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION; NOTICE OF NON-OPPOSITION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:     October 7, 2013<br>Time:    2:00 p.m.<br>Dept.:   Courtroom 5<br>Judge:  Hon. William B. Shubb |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
(916) 443-6600

i

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION; NOTICE OF NON-OPPOSITION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE
Case No. 2:13-cv-01670-WBS-EFB

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on October 7, 2013 at 2:00 p.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable William B. Shubb of the United States District Court, Plaintiff Service Employees International Union, Local 1021, will and hereby does move for an order compelling arbitration of the grievances underlying this matter.

This motion to compel arbitration is based on this Notice of Motion and Motion, the Petition to Compel Arbitration, the Memorandum of Points and Authorities in Support of Plaintiff's Petition to Compel Arbitration, any Reply Memorandum, the arguments of counsel at any hearing on this matter, the files and records of this case, and such other matters that the Court may consider.

PLEASE FURTHER TAKE NOTICE that pursuant to Federal Rule of Evidence 201, Plaintiff hereby does not oppose Defendant's Request for Judicial Notice.

Dated: 9/5/13

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
MATTHEW J. GAUGER
GARY P. PROVENCHER
ANTHONY J. TUCCI

Attorneys for Plaintiff/Petitioner SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1021

---

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
(916) 443-6600

1

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION; NOTICE OF NON-OPPOSITION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE
Case No. 2:13-cv-01670-WBS-EFB