UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1021,<br><br>    Plaintiff,<br><br>    v.<br><br>PRIVATE INDUSTRY COUNCIL OF SOLANO COUNTY, INC., dba WORKFORCE INVESTMENT BOARD OF SOLANO COUNTY,<br><br>    Defendant. | CIV. NO. 2:13-01670 WBS EFB<br><br>ORDER |

----oo0oo----

Plaintiff Service Employees International Union Local 1021 indicates that it has reached a settlement with defendant Private Industry Council of Solano County, Inc.  (Docket No. 31.) Plaintiff therefore requests that the court dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and vacate the hearing scheduled for January 27, 2014.

IT IS THEREFORE ORDERED that this action be, and the

1

1  same hereby is, DISMISSED WITH PREJUDICE.  The hearing scheduled
2  for January 27, 2014 is vacated.
3  Dated:  January 22, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE